UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN L. JONES, | Case No. 1:21-cv-00933-AWI-HBK (HC) |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | (Doc. No. 15) |
| WARDEN, USP-Atwater | |
| Respondent. | |

Petitioner, Brian L. Jones ("Petitioner"), a federal prisoner proceeding *pro se*, initiated this case by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241.[1] (Doc. No. 1). Respondent filed a Motion to Dismiss the petition for lack of jurisdiction. (Doc. No. 13). On April 25, 2022, the undersigned entered Findings and Recommendations recommending that Respondent's Motion to Dismiss be granted, and the petition be dismissed. (Doc. No. 14). In response, Petitioner filed a request for dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). (Doc. No. 15).

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, "the plaintiff may

---

[1] This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 (E.D. Cal. 2022).

dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Voluntary dismissal under this rule requires no action on the part of the court and divests the court of jurisdiction upon the filing of the notice of voluntary dismissal. *See United States v. 475 Martin Lane*, 545 F.3d 1134, 1145 (9th Cir. 2008) (voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) is self-executing and requires no further action by court).

Rule 41(a)(1) has been found to apply in the habeas context where the respondent had not yet filed an answer to the petition. *See Bhamani v. Apker*, No. 1:17-cv-01572-DAD-JLT (HC), 2018 WL 684896, at *1 (E.D. Cal. Feb. 1, 2018) ("Rule 41(a)(1) has been found to apply in the habeas context where the respondent had not yet filed an answer to the petition." (collecting cases)).

In this case, Respondent has not served either an answer or a motion for summary judgment. Thus, Petitioner's notice of dismissal is effective upon its filing and without a court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Clerk of Court shall **CLOSE** this case to reflect Petitioner's notice of voluntary dismissal and terminate all deadlines and motions.

Dated:   May 24, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2